**ARTISTS INTERNATIONALE, INC.**

v.

Marguerite **RUFFINO.**

No. 79–207–A.

Supreme Court of Rhode Island.

June 11, 1981.

Smith & Smith, Incorporated, Z. Hershel Smith, Providence, for plaintiff.

Vincent J. Piccirilli, Providence, for defendant.

### ORDER

This case is assigned to the *show cause* calendar.

The plaintiff is directed to appear on the assigned date and show cause why its appeal should not be dismissed since the judgment appealed from appears to lack finality, see *Medeiros v. Hilton Homes, Inc.*, R.I., 408 A.2d 598 (1979), and further, in view of the fact that the required certification under Super.R.Civ.P. 54(b) has not been filed.